# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION



FILED
FEB 4 2019
Clerk, U S District Court
District Of Montana
Billings

| ALYSHA ROSEKELLY, | CV 16-176-BLG-SPW |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| TESSENDERLO KERLEY, INC., | |
| Defendant. | |

Upon Stipulation OF Dismissal With Prejudice (Doc. 43) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

DATED this 4th day of February, 2019.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1